## DALY *v.* WEBSTER *et al.*

*(Circuit Court, S. D. New York.* November 4, 1891.)

COPYRIGHT—FILING TITLE.
  The copyright in a dramatic composition entitled "Under the Gas-Light: a Drama of Life and Love in These Times," is invalid when the printed copy of title filed under the copyright act reads "Under the Gas-Light; a Romantic Panorama of the Streets and Homes of New York." *Daly* v. *Brady*, 39 Fed. Rep. 265, followed.

In Equity. Bill for infringement of copyright.
*S. H. Olin*, for complainant.
*A. J. Dittenhofer* and *David Gerber*, for defendants.

COXE, J. This court decided upon a motion for an injunction that the complainant's copyright was invalid because of a fatal variance between the title as registered and the title as published. *Daly* v. *Brady*, 39 Fed. Rep. 265. The facts, so far as they relate to the question decided, were in all material particulars, the same then as now; the law is precisely the same. Every authority now relied upon was presented to the court on that occasion. There is additional evidence tending to show that the defendants were not misled by the variance, but that it existed, precisely as stated in the decision, is admitted. It is entirely clear, therefore, that if the record in its present form had been before the court the decision would necessarily have been the same. On inspection of the two titles this court held the copyright void; with the same two titles before it the court cannot now hold the copyright valid. The records and briefs have been examined with care to discover a theory upon which the court would be justified in considering the question *de novo*, but none has been found. The court is constrained to follow the former decision. It is *res judicata*. The bill must be dismissed.